AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JUSTIN WHICHARD | ) | Case No. 2:24CR76 |
| | ) | HSI |
| | ) | FID: 11698415 |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  JUSTIN WHICHARD,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

T.18:2251(A)- Production of Images of Minors Engaging in Sexually Explicit Conduct (Counts 1-2), et al

Date: 07/25/2024

*Issuing officer's signature*

City and state: Norfolk, VA

Robert J. Krask, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7-29-24, and the person was arrested on *(date)* 7-29-24
at *(city and state)* Virginia Beach, VA.

Date: 7-29-24

*Arresting officer's signature*

Km HAND    HSI TFO
*Printed name and title*